1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  JEAN FUNDAKOWSKI (CABN 328796)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7014
7      FAX: (415) 436-7234
       jean.fundakowski@usdoj.gov
8
   Attorneys for United States of America
9

**FILED**

Dec 01 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              )  CASE NO. 3-25-mj-71426 MAG
                                           )
14          Plaintiff,                     )  NOTICE OF PROCEEDINGS ON OUT-OF-
                                           )  DISTRICT CRIMINAL CHARGES PURSUANT TO
15     v.                                  )  RULES 5(c)(2) AND (3) OF THE FEDERAL
                                           )  RULES OF CRIMINAL PROCEDURE
16  GYUNHO "JUSTIN" KIM,                   )
                                           )
17          Defendant.                     )
    _____    )

18

19          Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

20  that on November 29, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy

21  attached) issued upon an

22          ☐       Indictment

23          ☐       Information

24          ☒       Criminal Complaint

25          ☐       Other (describe) _____

26  pending in the District of New Jersey, Case Number 25-MJ-10215.

27          In that case (copy of criminal complaint attached), the defendant is charged with violations of the

28  following statutes:

                                            1

| | | |
|---|---|---|
| 1 | Count One: | 18 U.S.C. § 1349 – Conspiracy to Commit Securities Fraud; |
| 2 | Count Two: | 18 U.S.C. § 371 – Conspiracy to Commit Insider Trading; |
| 3 | Count Three: | 18 U.S.C. §§ 1348 and 2 – Securities Fraud; |
| 4 | Count Four: | 15 U.S.C. §§ 78j(b) and 78ff; 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 – |
| 5 | | Insider Trading; |
| 6 | Count Five: | 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud; and |
| 7 | Count Six: | 18 U.S.C. §§ 1343 and 2 – Wire Fraud. |

**Description of Charges:**

Count One (18 U.S.C. § 1349): from at least in or around June 2020 through at least in or around February 2024, in the District of New Jersey and elsewhere, the defendant, Gyunho "Justin" KIM, did knowingly and intentionally conspire and agree with others to commit securities fraud, that is, KIM agreed to provide material nonpublic information ("MNPI") obtained from his employment at an investment bank (the "Investment Bank") to Muhammad Saad Shoukat in breach of a duty to the Investment Bank so that Shoukat and others could make timely securities transactions, contrary to Title 18, United States Code, Section 1349.

Count Two (18 U.S.C. § 371): from at least in or around June 2020 through at least in or around February 2024, in the District of New Jersey and elsewhere, the defendant, Gyunho "Justin" KIM, did willfully and knowingly combine, conspire, confederate, and agree with others, by the use of the means and instrumentalities of interstate commerce, and of the mails, and of facilities of national securities exchanges, to use and employ, in connection with the purchase and sale of securities, manipulative and deceptive devices and contrivances by: (a) employing devices, schemes, and artifices to defraud; (b) making untrue statements of material facts and omitting to state material facts necessary in order to make the statements made, not misleading; and (c) engaging in acts, practices and courses of business which operated and which would operate as a fraud and deceit upon persons, contrary to Title 15, United States Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal Regulations, Section 240.10b-5.

Count Three (18 U.S.C. §§ 1348 and 2): from in or around June 2020 to in or around February 2024, in the District of New Jersey and elsewhere, the defendant, Gyunho "Justin" KIM, did knowingly, and with the intent to defraud, execute and attempt to execute a scheme and artifice to: (a) defraud a person in

connection with a security of an issuer with a class of securities registered under Section 12 of the Securities Exchange Act of 1934 and that was required to file reports under Section 15(d) of the Act; and (b) obtain, by means of false and fraudulent pretenses, representations, and promises, money and property in connection with the purchase and sale of a security of an issuer with a class of securities registered under Section 12 of the Act and that was required to file reports under Section 15(d) of the Act; that is, KIM obtained MPNI about pending deals involving at least nine companies (the "Companies") in the court of his employment at the Investment Bank and provided the MPNI to Muhammad Saad Shoukat in anticipation that Shoukat would trade securities in the Companies based on that MPNI, and Shoukat, knowing that the information had been obtained in a breach of duty, willfully used it to execute and cause others to execute securities transactions in the Companies.

Count Four (15 U.S.C. §§ 78j(b) and 78ff; 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2):  from in or around June 2020 to in or around February 2024, in the District of New Jersey and elsewhere, the defendant, Gyunho "Justin" KIM, did knowingly and willfully, directly and indirectly, by use of the means and instrumentalities of interstate commerce, and of the mails and facilities of national securities exchanges, in connection with the purchase and sale of securities, use and employ, and cause others to use and employ, manipulative and deceptive devices and contrivances, in violation of Title 17, Code of Federal Regulations, Section 240.10b-5 by: (a) employing, and causing others to employ, devices, schemes, and artifices to defraud; (b) making, and causing others to make, untrue statements of material fact and omitting to state and causing others to omit to state, material facts necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; and (c) engaging, and causing others to engage, in acts, practices, and courses of business which operated and would operate as a fraud and deceit upon persons, that is, in violation of his duties of trust and confidence to the Investment Bank, KIM provided MNPI concerning the Companies to Muhammad Saad Shoukat, in anticipation that he and others would trade securities of the Companies on that information, and Shoukat knowing that the information had been obtained in breach of a duty, willfully used it to execute and cause others to execute the securities transactions in the Companies.

Count Five (18 U.S.C. § 1349):  from at least in or around June 2020 through at least in or around February 2024, in the District of New Jersey and elsewhere, the defendant, Gyunho "Justin" KIM, did

knowingly and intentionally conspire to agree with other to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false pretenses, representations, and promises, and for the purpose of executing such scheme and artifice, to transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce certain writings, signs, signals, and sounds, specifically KIM agreed with Muhammad Saad Shoukat to misappropriate MPNI from the Investment Bank relating to the Companies and provide to Shoukat so that he could use the information to execute timely securities transactions and provide the information to others so that they could use the MNPI to make timely securities transactions in the Companies, contrary to Title 18, United States Code, Section 1343.

Count Six (18 U.S.C. §§ 1343 and 2):  from at least in or around June 2020 through at least in or around February 2024, in the District of New Jersey and elsewhere, the defendant, Gyunho "Justin" KIM, knowingly and intentionally devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing and attempting to execute such scheme and artifice, did transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, specifically KIM misappropriated MPNI from the Investment Bank relating to the Companies and provided it to Muhammad Saad Shoukat so that he could use the information to execute timely securities transactions and provide the information to others so that they could use the MNPI to make timely securities transactions in the Companies, in violation of Title 18, United States Code, Sections 1343 and 2.

**Maximum Penalties:**

Counts One and Three

| | |
|---|---|
| Maximum Prison Term: | 25 years |
| Maximum Fine: | $250,000 |
| Maximum Supervised Release Term: | 5 years |
| Mandatory Special Assessment: | $100 per felony count |
| Forfeiture | |
| Potential Deportation | |

Count Two

| | |
|---|---|
| Maximum Prison Term: | 5 years |
| Maximum Fine: | $250,000 |
| Maximum Supervised Release Term: | 3 years |
| Mandatory Special Assessment: | $100 per felony count |

Forfeiture

Potential Deportation

Count Four

| | |
|---|---|
| Maximum Prison Term: | 20 years |
| Maximum Fine: | $5,000,000 |
| Maximum Supervised Release Term: | 3 years |
| Mandatory Special Assessment: | $100 per felony count |

Forfeiture

Potential Deportation

Counts Five and Six

| | |
|---|---|
| Maximum Prison Term: | 20 years |
| Maximum Fine: | $250,000 |
| Maximum Supervised Release Term: | 3 years |
| Mandatory Special Assessment: | $100 per felony count |

Forfeiture

Potential Deportation

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: November 29, 2025

JEAN FUNDAKOWSKI
Assistant United States Attorney

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28